DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6237

8 USC 1326(a)

UNITED STATES OF AMERICA, )
)   CR - DIMITROULEAS
vs. )
)   **MAGISTRATE JUDGE**
ALLESSANDRO DaSILVA, )   **SNOW**
             Defendant. )
_____ )

FILED by ___ D.C.
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

INDICTMENT

The Grand Jury charges that:

On or about August 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

ALLESSANDRO DaSILVA,

an alien, having been previously deported from the United States to Brazil on or about January 29, 1998, knowingly attempted to enter the United States, without the Attorney General having expressly consented to such alien reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_Cllen Nonn_
GUY A. LEWIS
UNITED STATES ATTORNEY

_Donald F. Chase, II_
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ALLESSANDRO DaSILVA | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)  Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _NO_
   List language and/or dialect _ENGLISH_

4. This case will take _1 1/2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _x_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No  If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

*Penalty Sheet(s) attached      REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __ALLESSANDRO DaSILVA__     No.:_____

Count #I:
Illegal re-entry into the United States

8 U.S.C. §1326(a)

*Max Penalty: 2 years' imprisonment; $250,000 fine.


Count #: II




Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96