AO 442 (Rev. 12/85) Warrant for Arrest       AUSA DONALD F. CHASE, II

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ALLESSANDRO DaSILVA

**TO: The United States Marshal and any Authorized United States Officer**

FILED by
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

**CASE NUMBER:**

## 00-6237
## CR-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest ALLESSANDRO DaSILVA

Name

**MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal re-entry by alien;

in violation of Title 8 United States Code, Section 1326(a)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at  Detention Requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/22/00, Fort Lauderdale, Florida
Date and Location

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |