COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE
0-cr-06237-WPD    Document 3    Entered on FLSD Docket 08/30/2000    P
FILED by _____ D.C.
AUG 3 0 2000
C. MADDOX
U.S. DIST. CT.
S.D. FL. FT. LAUD.

DEFT: Alessandro DaSilva (J)#    CASE NO: 00-6237-CR-Dimitrouleas
AUSA: Don Chase present    ATTNY: Robin Farnsworth
AGENT: INS    VIOL: _____
PROCEEDING: Initial Appearance    BOND REC: PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: FPD
BOND SET @ $250,000 Corp Surety w/ nebbia
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) Halfway House _____
   Electronic Monitoring _____

X - advised of charge
X - sworn to counsel

X - partially indigent must pay $300 within 60 days into C+ Reg.

No Bond hearing held - Both sides stipulate to a CSB reserving right to proceed w/ PTD
Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested  hearing at a later date

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 9-14-00    11:00am    LSS
STATUS CONFERENCE: _____
DATE: 8-30-00    TIME: 11:00am    TAPE # 00-069    PG #
820-1000
1430-1475