FILED by D.C.
AUG 30 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6237-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Alessandro DaSilva

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-30-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _____In Custody_____

                     _____

                     Telephone: _____

DEFENSE COUNSEL:     Name: _____FPD_____

                     Address: _____

                     _____

                     Telephone: _____

                              tent.
BOND SET/CONTINUED:  $ _____250,000 Corp. Surety w/nebbia_____

Bond hearing held: yes_____  no__x__  Bond hearing set for_____
Both sides stipulate to CSB-reserving right to proceed w/ PTD hrg at a later
Dated this____30____day of ___August_____, 20_00_.         date

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
         Deputy Clerk

Tape No. ____00-069_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services