UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55449-004

UNITED STATES OF AMERICA )
    Plaintiff ) Case Number: CR 00-6237-CR-Dimi
          ) REPORT COMMENCING CRIMINAL
 -vs-      )    ACTION
          )
Allessandro DaSilva )
    Defendant

*************************************************

TO: Clerk's Office MIAMI (FT. LAUDERDALE) W. PALM BEACH
  U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
   MAGISTRATES COURT ABOVE

*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/24/00   (am/pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Reentry after Deportation / Fraud Document

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 8/30/73

(6) Type of Charging Document: (check one)
  [X] Indictment [ ] Complaint To be filed/Already filed
  Case# _____

  [ ] Bench Warrant for Failure to Appear
  [ ] Probation Violation Warrant
  [ ] Parole Violation Warrant

  Originating District: _____

  COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8/24/00 (9) Arresting Officer: LEAR

(10) Agency: INS  (11) Phone: 954-356-7710

(12) Comments: _____