AO 442 (Rev. 12/85) Warrant for Arrest        AUSA DONALD F. CHASE, II        500241

# *United States District Court*

_____SOUTHERN_____    DISTRICT OF _____    FLORIDA_____

UNITED STATES OF AMERICA

V.

ALLESSANDRO DaSILVA

**TO:    The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

### CASE NUMBER:

# 00-6237
# CR-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest_____ALLESSANDRO DaSILVA

Name

**MAGISTRATE JUDGE
SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Illegal re-entry by alien;

in violation of Title 8  United States Code, Section _____1326(a)_____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at *Detention
Requested*

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/22/00, Fort Lauderdale, Florida
Date and Location

by  THRANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL | | |
| DATE RECEIVED<br>8/22/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>8/30/00 | | Edward Purchase, SDUSM |