UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6237-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALLESSANDRO DASILVA, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States of America hereby files this supplemental response to the Standing Discovery Order issued in this case. This supplemental response is numbered to correspond to that Order.

M. The government is aware of latent fingerprints or palm prints which have been identified by a government expert as not belonging to the defendant. See attached one page report of BSO dated September 6, 2000.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule (16)b of the **Federal Rules of Criminal Procedure**, in accordance with Rule 12.1 of the **Federal Rules of Criminal Procedure**, the government hereby demands Notice of Alibi defense. The approximate time, date, and place of the offense was:

1. Date: On or about March 5, 2000
   Place: Fort Lauderdale\Hollywood International Airport,
   Broward County, Florida

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel. (954) 356-7255
Fax. (954) 356-7228

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of September 2000 to Timothy Day, Assistant Federal Public Defender, 101 NE Third Avenue, Suite 202, Fort Lauderdale, Florida 33301-1100.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

# LATENT FINGERPRINT REPORT

Lab Number: 00-18558 Date: 8/31/00 Page 1 of 1

OTHER AGENCY CASE NUMBER: AFS 809910
AGENCY: USINS
OFFENSE: Reentry after Deportation
CASE NO BSO: 00-16866
ZONE:

LOCATION OF OFFENSE:

VICTIM:

| Card Number | PHOTOS/LIFTS OBTAINED FROM | Location Interior/Exterior | Of Value Yes/No | Prints Finger/Palm | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) | RECEIVED BY | DATE |
|---|---|---|---|---|---|---|---|
| 1. | 8500 - Alessandro da Silva | | | | | [signature] | 8/5/00 |
| 2. | F.P. Standards | | | | | [signature] SD 9/6/00 | |
| 3. | | | | | | | |
| 4. | 3/13/88 - Jose Rocha DeOliveira | | | | | | |
| 5. | F.P. Standards | | | | | | |
| 6. | | | | | | | |
| 7. | Please compare these | | | | | | |
| 8. | standards to show they are | | | | | | |
| 9. | not the same person | | | | | | |
| 10. | | | | | | | |

Evidence Processed by:
SIGN
PRINT
DATE 8/31/00
CCN

ELIMINATION PRINTS:

| | Prints Attached | DOB | Identified Yes/No | Card Number | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) | DATE | CCN |
|---|---|---|---|---|---|---|---|

Name:
Name:

SUSPECTS:

| | | DOB | Identified Yes/No | Card Number | IDENTIFICATION EFFECTED | Fingerprint Standards by | Date Obtained |
|---|---|---|---|---|---|---|---|
| | | | X | | THE SUBMITTED FPSTANDARDS ARE NOT THE SAME PERSON. | | |

Name:
Name:
Name:
Name:

Investigating Detective:
SIGN [signature]
PRINT Michael Levin Hernandez CCN # 954-553-XXXX
Business Telephone: 954-356-7790 Pager:

Remarks:

Verified by: [signature] ☐Yes ☐No
Latent Examiner's Name: John P. Pappalella
AFIS Entry: ☑Yes ☐No Need Elimination Prints
CCN: 9087 Date: 9/6/00

BSO CL#20 (Revised 5/99)