HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by __ D.C.
SEP 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __ALLESSANDRO DA SILVA__ CASE NO: __00-6237-CR-DIMITROULEAS__

AUSA __DON CHASE__ _pres_ ATTY __FPD - Tim Day__ 00-048 @ 3329

_disc out - possible plea_

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __9/14/00__ TIME __9:30__ (11:00 crossed out)