UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6237-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

ALLESSANDRO DA SILVA,  :

    Defendant.  :
_____

**STATUS REPORT**

    A status conference was held in this cause on September 14, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this _15th_ day of September, 2000.

                                               /s/ Lurana S. Snow
                                        LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
AFPD Tim Day (FTL)

