UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6237-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

ALLESSANDRO DaSILVA, :

    Defendant. :
_____/

**NIGHT BOX FILED**
**SEP 2 6 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## AGREED MOTION FOR PRE-PLEA
## PRESENTENCE INVESTIGATION REPORT

The defendant, through counsel, moves this Court for an order for a Pre-Plea Presentence Investigation Report and as grounds in support thereof states as follows:

1. The defendant is charged with violating 18 U.S.C. § 1326(a).

2. The defendant intends to enter a plea of guilty to the one count indictment. As the defendant is facing a likely sentence of 0-6 months under the guidelines, he would like to be sentenced the same day as the plea, after waiving a complete PSI. Assistant United States Attorney Donald Chase does not oppose this request but would like the probation department to do a criminal background check to verify the defendant's criminal history. The defendant joins in this request.



3. Accordingly, the defendant requests that the Court order the probation office to do a limited investigation to determine the defendant's criminal history and file a report the with the Court by Friday, September 29, 2000.

WHEREFORE, the defendant requests this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of September, 2000 to Donald Chase, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\DaSilva\Pre-Plea.wpd

2