UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6237-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

ALLESSANDRO DaSILVA, :

    Defendant. :
_____/

FILED by _____ D.C.

SEP 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING AGREED MOTION FOR PRE-PLEA PRESENTENCE INVESTIGATION REPORT

The cause coming before the Court on an Agreed Motion for a limited Pre-Plea Presentence Investigation Report, the Court hereby grants the motion and orders the Probation office to compile a report documenting the criminal history of Allessandro DaSilva, D.O.B. 8/13/73. The Probation office is ordered to provide a report to the Court by September 29, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27 day of September, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
       Donald Chase, AUSA
       United States Probation Office

