## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
SEP 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CASE NUMBER: 00-6237-CR-WPD  DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Dedra _____    INTERPRETER: [illegible]

UNITED STATES OF AMERICA    VS. Alessandro DaSilva

U.S. ATTORNEY: Jon Chase    DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by
the Court. Deft to enter guilty plea today
and proceed directly to sentencing per
agreement of parties.
Court accepts guilty plea.
Deft waives preparation & use of PSI

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Written plea agreement filed.

