## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6237-CR-WPD    DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Alessandro Da Silva

U.S. ATTORNEY: Small Chase    DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
Time Served, 2 years Supervised Release.
No Fine, $100 Assessment

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal