# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ALLESSANDRO DASILVA | Case Number: 0:00CR06237-001 WPD |
| | Timothy Day, AFPD/Donald Chase, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) __1__

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 (a) | Illegal Reentry into the United States after Previous Deportation | 08/07/2000 | 1 |

FILED by ___ D.C.
SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **08/30/1973**
Defendant's USM No.: **55449-004**
Defendant's Residence Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami**

Defendant's Mailing Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami   FL   33132**

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By T. Barlow
Deputy Clerk
Date 9/29/00

**09/29/2000**
Date of Imposition of Judgment

_signature_
Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

September 29, 2000
Date

No further action **required by** the U.S. Marshals **Service.**

James A Tassone
UNITED STATES MARSHAL

Ed Puches SDUSM